March 3, 1976.

Beacham, Appellant, *v.* Roberts, et al.

Argued December 9, 1975. *Alan D. Williams, Jr.*, with him *Williams, Glantz & Schildt*, for appellant; *John J. Hart*, with him *James C. Bowen*, and *Power, Bowen & Valimont*, for appellees.

Order affirmed.

Commonwealth *v.* Boxley, Appellant.

Argued November 25, 1975. *Richard C. Schomaker*, with him *Barrante, Barrante & Schomaker*, for appellant; *Louis R. Paulick*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.